# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Delta Dental of Ilinois | 1/23/2023 | 266628 | Check | $ 102,768.77 |
| Akorn Operating Company, LLC | Delta Dental of Ilinois | 1/24/2023 | 266987 | Check | $ 48,800.57 |
| Akorn Operating Company, LLC | Delta Dental of Ilinois | 2/23/2023 | | Wire | $ 70,000.00 |
| | | | | | $ 221,569.34 |